736 A.2d 523

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. JAEL J. FRAISE, DEFENDANT–PETITIONER.

July 8, 1999.

Petition for certification is granted, and the matter is summarily remanded to the Appellate Division to consider and resolve the merger issue in a plenary appeal.

736 A.2d 523

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. RONALD ROGERS, DEFENDANT–PETITIONER.

July 8, 1999.

Petition for certification is granted, and the matter is summarily remanded to the Appellate Division for reconsideration in the light of *State v. Frost,* 158 *N.J.* 76, 727 *A.*2d 1 (1999).

736 A.2d 523

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. JOHN COLEMAN, DEFENDANT–PETITIONER.

July 13, 1999.

It is ORDERED that the petition for certification is granted, limited to the issue of whether the trial court complied with the requirements of *State v. Crisafi,* 128 *N.J.* 499, 608 *A.*2d 317 (1992); and it is further

ORDERED that the matter is remanded to the Appellate Division for reconsideration of the *Crisafi* issue after reconstruction of the record before the trial court. Jurisdiction is not retained.